**Order filed September 6, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00515-CV
_____

**DELUXE BARBER SCHOOL, LLC AND BONIFICE I. MBAKA, Appellant**

**V.**

**MARTIN MBAKA, CHIOMA G. NWAKOR, QUIETSTORM GROUP, INC., D/B/A QUIETSTORM SYSTEMS, Appellee**

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 15-DCV-226218**

## ORDER

No reporter's record has been filed in this case. Court reporter Mindy Hall informed this court that appellants have not requested a reporter's record be prepared or made arrangements for payment for the reporter's record. Hall also identified Stephanie Webb as another court reporter involved in this appeal.

On August 7, 2018, the clerk of this court notified appellants that we would consider and decide those issues that do not require a reporter's record unless

appellants provided, by August 22, 2018, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c).

On August 22, 2018, Webb informed this court that appellant has not requested a reporter's record be prepared or made arrangements for payment for her portion of the reporter's record.

No response has been received from appellants.

Accordingly, we order appellants to file their brief by **<u>October 8, 2018</u>**.

PER CURIAM